THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| TOBY KITTRELL,<br><br>  Plaintiff,<br><br>vs.<br><br>LT. WILSON, DHO LENAHAN, CASE MANAGER LIGGIT, and CO WARD,<br><br>  Defendants. | CV 19-00089-GF-BMM -JTJ<br><br>Findings and Recommendations of United States Magistrate Judge |

Plaintiff Toby Kittrell, a prisoner proceeding without counsel, filed a Complaint under 42 U.S.C. § 1983. (Doc. 2.) On April 29, 2020, the Court issued a screening order finding that the Complaint failed to state a claim upon which relief may be granted and was subject to dismissal. The Court gave Mr. Kittrell an opportunity to amend his Complaint. (Doc. 7.)

On June 10, 2020, Mr. Kittrell filed an Amended Complaint reasserting the same allegations, however, providing even less factual information than was provided in his original Complaint. (Doc. 8.) As such, for the reasons set forth in the Court's April 29, 2020 Order, the Court issues the following:

## RECOMMENDATIONS

1. This matter should be DISMISSED for the reasons set forth in the

1

Court's April 29, 2020 Order (Doc. 7).

2. The Clerk of Court should be directed to close this matter and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

3. The Clerk of Court should be directed to have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith.

4. The Clerk of Court should be directed to have the docket reflect that this dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g) because Mr. Kittrell failed to state a claim upon which relief may be granted.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

Mr. Kittrell may file objections to these Findings and Recommendations within fourteen (14) days after service (mailing) thereof.[1]  28 U.S.C. § 636.  Failure to timely file written objections may bar a de novo determination by the district judge and/or waive the right to appeal.

This order is not immediately appealable to the Ninth Circuit Court of Appeals.  Any notice of appeal pursuant to Fed.R.App.P. 4(a), should not be filed

---

[1] Rule 6(d) of the Federal Rules of Civil Procedure provides that "[w]hen a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail) . . . 3 days are added after the period would otherwise expire under Rule 6(a)."  Therefore, since Mr. Kittrell is being served by mail, he is entitled an additional three (3) days after the period would otherwise expire.

until entry of the District Court's final judgment.

DATED this 14th day of October, 2020.

/s/ John Johnston
John Johnston
United States Magistrate Judge